**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**JOSEPH MEARS**                                                                                    **PLAINTIFF**

**v.**                             **Case No. 3:20-cv-00149-JTK**

**ANDREW SAUL,** *Commissioner*,
**Social Security Administration**                                             **DEFENDANT**

## **ORDER**

      Before the Court is Defendant's Unopposed Motion to Reverse and Remand this case to the Commissioner for further administrative proceedings. *Doc.* 19. Upon examination of the merits of this case, this Court grants the motion and reverses and remands this case to the Commissioner pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C.§405(g).

      SO ORDERED THIS 25th day of February, 2021.

                                                         JEROME T. KEARNEY
                                                         UNITED STATES MAGISTRATE JUDGE