IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JOSEPH MEARS                                                                                            PLAINTIFF

v.                                        Case No. 3:20-cv-00149-JTK

ANDREW SAUL, *Commissioner*,
Social Security Administration                                                                  DEFENDANT

## ORDER

Before the Court is Plaintiff's Motion for Attorney's Fees. *Doc.* 22. Plaintiff requests $3,919.82 in fees and expenses. Defendant does not object to this award. *Doc.* 24. After careful consideration, the Court finds that Plaintiff should be awarded reasonable attorney's fees.

EAJA fees are payable to Plaintiff, not Plaintiff's attorney, and such fees are subject to an offset when the Plaintiff has outstanding federal debts. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Therefore, subject to any offset, payment by check to the order of the Plaintiff, in care of his attorney, will issue to Plaintiff's attorney.

Accordingly, the Motion for Attorney's Fees (*Doc.* 22) is GRANTED. Plaintiff is awarded $3,919.82.

SO ORDERED THIS 29th day of April, 2021.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE